GABRIEL BLACK

FILED
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

Name _____
    (Last)            (First)        (Initial)

Prisoner Number  V-65533   M.C.S.P.

Institutional Address  PO  Box  409020.  IoNE, CA

=================================================

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Gabriel Black
(Enter the full name of plaintiff in this action.)

vs.

STATE  OF  California
City  of  San  Jose

_____

_____
(Enter the full name of the defendant(s) in this action)

**CV 08 2893**

Case No. CC448373
(To be provided by the Clerk of Court)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983**

CRB
(PR)

E-filing

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies.

    [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

    A.    Place of present confinement  MulE  Creek  State  Prison

    B.    Is there a grievance procedure in this institution?

        YES ( )    NO (X)

    C.    Did you present the facts in your complaint for review through the grievance procedure?

        YES ( )    NO (X)

    D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

COMPLAINT          - 1 -

1. Informal appeal _____

_____

2. First formal level ___ _ ___ *tppe* _ of_ Conviction

_____

3. Second formal level *Appolate* *Cord* .

_____

4. Third formal level *State* *Sprema* *Cort*

_____

E.  Is the last level to which you appealed the highest level of appeal available to you?

        YES ( ).     NO ( )

F.  If you did not present your claim for review through the grievance procedure,
explain why. *Mental* *Illness*

_____

_____

II.   Parties.

A.  Write your name and your present address.  Do the same for additional plaintiffs, if any.

_____

_____

_____

B.  Write the full name of each defendant, his or her official position, and his or her place of employment.

_____

COMPLAINT                                    - 2 -

1
_____

2
_____

3
_____

4
_____

5  III.    Statement of Claim.

6        State here as briefly as possible the facts of your case. Be sure to describe how each

7  defendant is involved and to include dates, when possible. Do not give any legal arguments or

8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

9  separate numbered paragraph.

10  IN my CASE. As a third striker I

11  STATED uctim would not Lie and that

12  I was INNOCENT. Crime was 3 seconds

13  long. I was asleep during crime

14  because I passed out. due to my wife

15  being stalked by JESSE Gonzales-. I

16  was going from room to room because

17  she can't No the lane to her where

18  she once. I'm Not asking or Justice

19  I'm asking that my case

20  be properly

21
_____

22
_____

23  IV.    Relief.

24        Your complaint cannot go forward unless you request specific relief. State briefly exactly

25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  I am Asking for nothing and for

27  A) Nothing

28
_____

COMPLAINT                                    - 3 -

1  _____

2  _____

3  _____

4  _____

5      I declare under penalty of perjury that the foregoing is true and correct.

6

7      Signed this ___28___, ___ day of ___May___ _____, 20 _08_

8

9                              _____

10                                     (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                              - 4 -



Gabriel Black
V16533  A5-143-
MCSP
Po Box 409020
SONE, CA   95640

Office of the Clerk
Northern District of Calif
450 Golden Gate Ave
San Francisco, CA
94102