E-filing

**FILED**
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gabriel Black, Plaintiff,

vs.

State of California, Defendant.

CASE NO. CV 08 2893 CRB (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Gabriel Black, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____ No _____
4  _____

5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____ No  X
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9                          No.
10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  6/2/08                               [signature]
17      DATE                         SIGNATURE OF APPLICANT

Case Number: CC448323

### CERTIFICATE OF FUNDS
### IN
### PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Gabriel Black** [prisoner name] for the last six months **Mule Creek State Prison** [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0**.

Dated: 5-30-08 / 5-28-08

_____
[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                         REPORT DATE: 05/30/08
                                                                PAGE NO:      1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                              MULE CREEK STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: NOV. 01, 2007 THRU MAY 30, 2008

ACCOUNT NUMBER    : V65533                       BED/CELL NUMBER: A 050000000143L
ACCOUNT NAME      : BLACK, GABIREL               ACCOUNT TYPE:   I
PRIVILEGE GROUP:    A

                              TRUST ACCOUNT ACTIVITY

                  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              TRUST ACCOUNT SUMMARY

 BEGINNING       TOTAL         TOTAL        CURRENT       HOLDS        TRANSACTIONS
  BALANCE      DEPOSITS     WITHDRAWALS     BALANCE      BALANCE       TO BE POSTED

    0.00         0.00          0.00          0.00         0.00            0.00

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                              -------
                                                               0.00

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5.30.08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE