IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL BLACK,<br><br>    Plaintiff,<br>v.<br>STATE OF CALIFORNIA,<br>    Defendant._____/ | No. CV 08-02893 CRB ,<br><br>**JUDGMENT IN A CIVIL CASE** |

    ( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    (X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that the complaint is dismissed without prejudice under the authority of 28 U.S.C. § 1915A(b).

Dated: June 16, 2008                                     Richard W. Wieking, Clerk

                                                                                                 By: Barbara Espinoza,
Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL BLACK,

        Plaintiff,

  v.

STATE OF CALIFORNIA et al,

        Defendant.
                                          /

Case Number: CV08-02893 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriel Black V-65533
MCSP
A-5-143
P.O. Box 409020
Ione, CA 95640

Dated: June 16, 2008

                                       Richard W. Wieking, Clerk
                                       By: Barbara Espinoza, Deputy Clerk