FILED
RECEIVED
JUN 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C08-2893 CRB

Dear Clerk,

I recieved your denial with out prejudice. I've been in the law library, and am working to put more info to you.

As of today I realize that in 1980 I was guilty of attempted murder when I tried to kill the victims car window when he gave the middle finger to my co-defendants car. Then I tried to kill my co-defendants for trying to have his way with Brenda sexully.

I also falsely imprisoned my co-defendant so that Brenda could get away. Any extentions you can give please extend as I am. Seeking co-counsel and continueing my legal studies. I am slow to speak and need your patients

Thank you for your not being prejudice

Gabriel Blood
C# CC448323

Gabriel Black
V-66533 A5-142 Up
MCSP
PO Box 409020
IONE, CA
95640



Office of Northern
District
450 Golden Gate Ave.
San Francisco, CA
94102

9410233661 C004